UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Elizon Master Participation Trust I, U.S. Bank Trust
National Association, as Owner Trustee

| | | |
|---|---|---|
| In Re: | Case No.: | __22-12770-MBK__ |
| William E. Culver, III, | Chapter: | __13__ |
| Debtor. | Hearing Date: | __08/10/2022__ |
| | Judge: | __Kaplan__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 16)

_____

Date: 8/4/2022_____          /s/ Denise Carlon_____
                                        Signature

*rev.8/1/15*