| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee | **Order Filed on September 1, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>      William E. Culver III,<br><br>Debtor. | Case No.: 22-12770 MBK<br><br>Adv. No.:<br><br>Hearing Date:  n/a<br><br>Judge:  Michael B. Kaplan |

## CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 1, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Certificate of Notice    Page 2 of 5

**(Page 2)**
Debtor: William E. Culver III
Case No: 22-12770 MBK
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, holder of a mortgage on real property known as 14 Holt Circle Mercerville NJ 08619, with the consent of Paul H. Young, Esq., counsel for the Debtor, William E. Culver III,

It is **ORDERED, ADJUDGED and DECREED** that as of August 10, 2022, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payment due August 2022 for a total post-petition default of $1,202.96 (1 @ $1,651.23, 2 LC @ $89.02; less suspense of $626.31); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,202.96 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2022, directly to Secured Creditor, SN Servicing Corp. 323 5th Street, Eureka, CA 95501 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

Certificate of Notice    Page 3 of 5

(Page 3)
Debtor: William E. Culver III
Case No: 22-12770 MBK
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan.

I hereby agree and consent to the above terms and conditions:           Dated:   08/22/2022

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:           Dated:   08/22/2022

*/s/ Paul H. Young, Esq.*
PAUL H. YOUNG, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 22-12770-MBK
William E. Culver, III                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Sep 01, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William E. Culver, III, 14 Holt Cr., Mercerville, NJ 08619-1655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services  Attn: Bankruptcy  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Paul H. Young | on behalf of Debtor William E. Culver  III  ykassoc@gmail.com, lesliebrown.paralegal@gmail.com,support@ymalaw.com,tkennedy@ymalaw.com,eperez@ymalaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 01, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 5